UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RILEY CASSIDY and ZACHARY
CROMWELL,

                            Plaintiffs,                  22-cv-9724 (PKC)

      -against-                                          ORDER

JOSEPH LEE, et al.,

                            Defendants.
----------------------------------------------------------x

CASTEL, U.S.D.J.

        On November 20, 2022, the Court issued an order setting an Initial Pretrial Conference for January 4, 2023, at 11:30 a.m. Plaintiffs' counsel did not appear at the conference. He was contacted by chambers and instructed to request an adjourned date for the conference, and he did not do so.

        There will be an Initial Pretrial Conference on March 23, 2023, at 2 p.m. in courtroom 11D. Plaintiffs shall show cause in writing by March 17, 2023, why the action ought not be dismissed for failure to serve process in accordance with Rule 4(m), Fed. R. Civ. P. Failure to comply with this Order or to appear at the conference will result in dismissal with prejudice for failure to prosecute.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       March 3, 2023